# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **LISA JONES, individually and on behalf of all others similarly situated,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:08-cv-00782 |
| **RUTHERFORD COUNTY,** | ) ) | SENIOR JUDGE ECHOLS MAGISTRATE JUDGE GRIFFIN |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Come the parties, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby give notice of their stipulation of dismissal with prejudice of Defendant Rutherford County, Tennessee.

Respectfully submitted,

**JERRY GONZALEZ, PLC**

By: **s/ Jerry Gonzalez** (By D. Randall
    **Jerry Gonzalez**   Mantooth w/
    BPRN 18379     permission)
    2441-Q Old Fort Parkway
    Box 381
    Murfreesboro, Tennessee 37128

Attorney for Plaintiff

**LEITNER, WILLIAMS, DOOLEY
 & NAPOLITAN, PLLC**

By: **s/ D. Randall Mantooth**
**D. Randall Mantooth**
BPRN 13875
414 Union Street, Suite 1900
Nashville, Tennessee 37219-1782
(615) 255-7722

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via electronic means via the Court's electronic filing system to:

> Jerry Gonzalez
> 2441-Q Old Fort Parkway
> Box 381
> Murfreesboro, Tennessee 37128

this the 18th day of December, 2008.

By: **s/ D. Randall Mantooth**
**D. Randall Mantooth**

2

N:\DATA\Docs\006408\000069\00463357.DOC