IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LISA JONES, individually and on behalf )
of all others similarly situated ) No. 3-08-0782
)
v. )
)
RUTHERFORD COUNTY )

O R D E R

Pursuant to the order entered December 1, 2008 (Docket Entry No. 15), counsel for the parties called the Court on December 9, 2008, at which time they advised that they had reached a settlement and would submit a stipulation of dismissal or proposed order of dismissal by December 19, 2008.

On December 18, 2008, the parties filed an agreed stipulation of dismissal with prejudice (Docket Entry No. 17).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required.

Therefore, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge